4 So.2d 919

**Thomas D. BROOKS v. COUNTY BOARD OF EDUCATION OF MARION COUNTY et al.**

**6 Div. 905.**

Supreme Court of Alabama.

Oct. 28, 1941.

Arthur Fite, of Jasper, Fred Fite, of Birmingham, and Kelly Fite, Ernest Fite, and Rankin Fite, all of Hamilton, for appellant.

Curtis & Maddox, of Jasper, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant.

5 So.2d 839

**Jesse BROWN v. STATE.**

**4 Div. 173.**

Supreme Court of Alabama.

Nov. 6, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.

4 So.2d 919

**C. C. CHAMBERS v. STATE.**

**3 Div. 353.**

Supreme Court of Alabama.

Oct. 16, 1941.

Rehearing Denied Nov. 27, 1941.

C. A. Chambers, pro se.

Thos. S. Lawson, Atty. Gen., for the State.

LIVINGSTON, Justice.

Petition of C. A. Chambers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chambers v. State, 4 So. 2d 921.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

5 So.2d 839

**Shelly CLONTS v. STATE.**

**7 Div. 664.**

Supreme Court of Alabama.

Oct. 28, 1941.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

4 So.2d 919

**Annie Irby COLEMAN v. W. R. ROUNTREE, Jr. et al. Admrs.**

**2 Div. 176.**

Supreme Court of Alabama.

Oct. 6, 1941.

Clifton C. Johnston, of Marion, for appellant.

PER CURIAM.

Cause settled; appeal dismissed on motion of appellant.